

# THE ATTORNEY GENERAL
# OF TEXAS

GROVER SELLERS


AUSTIN 11, TEXAS

Honorable J. O. Ward
County Attorney
Hutchinson County
Borger, Texas

Dear Sir:

Opinion No. O-7293
Re:  May the qualified voters of
a consolidated school district,
such consolidation comprising
an independent school district
and a common school district,
cast their vote for a county
school trustee at large in an
election for County School
Trustees?

We have received your letter of July 12, 1946, reading as follows:

"In requesting an opinion from you on a question of the
school laws of this State, I respectfully submit the fol-
lowing:

"STATEMENT OF FACTS

"1.  The Pantex Common School District and the Borger In-
dependent School District consolidated their school dis-
tricts in May 1945.

"2.  A dispute has arisen concerning the right of the vo-
ters of this consolidated school district to cast their
vote for the County School Trustee at Large of Hutchinson
County, Texas.

"3.  Article 2676 of the Revised Civil Statutes of Texas,
1925, and of Vernon's Annotated Statutes of Texas, pro-
vides, in regard to the election of such trustee, in part
as follows:  'One of whom shall be elected from the county
at large by the qualified voters of the common and consoli-
dated independent school districts of the county, and one
from each Commissioners Precinct by the qualified voters
of each Commissioners Precinct.'

"Question: May the qualified voters of a consolidated school district, such consolidation comprising an independent school district and a common school district, cast their vote for a County School Trustee at Large in an election for County School Trustees?"

Assuming proper consolidation of the districts mentioned, it necessarily follows that the new district is a "consolidated independent district." Article 2806, V. A. C. S. The express language of Article 2676, V.A.C.S., allows the qualified voters of such a district to cast their ballots for a County School Trustee at Large.

Therefore, your question is answered in the affirmative.

Yours very truly

APPROVED JUL 24, 1946                         ATTORNEY GENERAL OF TEXAS

/s/ W. V. Geppert

(Acting) ATTORNEY GENERAL OF TEXAS            By  /s/ Woodrow Edwards
                                                  Woodrow Edwards
                                                  Assistant

WE:BT:LM

APPROVED
OPINION
COMMITTEE
BY /s/ BWB
CHAIRMAN